UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | 2:12-cr-047-KJD-VCF |
| JUAN ALEJO-DIAZ, | ) | |
| Defendant. | ) | ORDER |

Jonathan Sussman, AFPD, filed a sealed "Ex-Parte Motion to Withdraw and for Appointment of New Counsel" on March 29, 2012. (#16)  Therefore, with good cause appearing;

IT IS HEREBY ORDERED that the "Ex-Parte Motion to Withdraw and for Appointment of New Counsel" (#16) is granted.

IT IS FURTHER ORDERED that Jess R. Marchese, Esq. is appointed as counsel for Juan Alejo-Diaz in place of the Federal Public Defender for all future proceedings.

IT IS FURTHER ORDERED that the Federal Public Defender shall forward the file to Mr. Marchese forthwith.

Dated this 2nd April, 2012.

Nunc Pro Tunc Date: March 30, 2012.

_____
CAM FERENBACH
United States Magistrate Judge