UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:12-cr-047-KJD-VCF |
| vs. | ) | |
| JUAN ALEJO-DIAZ, *et al.*, | ) | O R D E R |
| Defendant, | ) | |

This matter was submitted to the undersigned Magistrate Judge on Defendant Alejo's Motion to Withdraw Waiver of Temporary Right to Custody Under the Interstate Agreement on Detainer Act (#24).

The Court having reviewed the Motion (#24) and the Government's Response (#30) wherein the Government states it takes on position on the motion, and good cause appearing therefore,

IT IS HEREBY ORDERED that Defendant Alejo's Motion to Withdraw Waiver of Temporary Right to Custody Under the Interstate Agreement on Detainer Act (#24) is GRANTED.

IT IS FURTHER ORDERED that the Defendant Juan Alejo-Diaz shall be housed in federal custody at the CCA facility in Pahrump, Nevada. The United States Marshal shall insure that this transfer takes place forthwith.

. . . .

1     IT IS FURTHER ORDERED that the Clerk shall provide a copy of this Order to the
2 United States Marshal's Service in Las Vegas, Nevada.
3     DATED this  15th  day of November, 2012.

                                                    ROBERT J. JOHNSTON
                                                    United States Magistrate Judge