1
2
3
4
5
6                              **UNITED STATES DISTRICT COURT**
7                                     **DISTRICT OF NEVADA**

8  UNITED STATES OF AMERICA,           )
                                        )
9              Plaintiff,               )
                                        )
10         v.                           )   2:12-CR-47-KJD-(VCF)
                                        )
11 JUAN ALEJO-DIAZ, aka JUAN CARLOS     )
   ALEJO,                               )
12                                      )
              Defendant.                )
13

14                            **PRELIMINARY ORDER OF FORFEITURE**

15         This Court finds that on December 3, 2012, defendant JUAN ALEJO-DIAZ, aka JUAN

16 CARLOS ALEJO, pled guilty to Counts One through Four of a Four-Count Criminal Indictment

17 charging him in Counts One through Four with Illegal Alien in Possession of a Firearm in violation

18 of Title 18, United States Code, Section 922(g)(5)(A). Criminal Indictment, ECF No. 1.

19         This Court finds that at the Change of Plea Hearing on December 3, 2012, defendant JUAN

20 ALEJO-DIAZ, aka JUAN CARLOS ALEJO, agreed to the forfeiture of the property set forth in the

21 Forfeiture Allegation of the Criminal Indictment. Criminal Indictment, ECF No. 1.

22         This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of

23 America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the

24 Criminal Indictment and the offenses to which defendant JUAN ALEJO-DIAZ, aka JUAN CARLOS

25 ALEJO, pled guilty. Criminal Indictment, ECF No. 1.

26 . . .

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c):

1. Raven Arms .25 caliber handgun, serial number 1657343;
2. Davis Industries .380 caliber handgun, serial number AP279622; and
3. any and all ammunition ("property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of JUAN ALEJO-DIAZ, aka JUAN CARLOS ALEJO, in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

. . .

1  Michael A. Humphreys
   Assistant United States Attorney
2  Daniel D. Hollingsworth
   Assistant United States Attorney
3  Lloyd D. George United States Courthouse
   333 Las Vegas Boulevard South, Suite 5000
4  Las Vegas, Nevada 89101.

5    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein

6  need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency

7  following publication of notice of seizure and intent to administratively forfeit the above-described

8  property.

9    DATED this  5th  day of     December    , 2012.

                                    _____
                                    UNITED STATES DISTRICT JUDGE

3